## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PAMELA ROBINSON                                                                         PLAINTIFF

v.                            CASE NO. 4:10CV00223 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 7th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE